**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
HALPERN LAW GROUP, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **MARLA CHOPIC**, | Case No. 2:18-cv-02017-MC |
| Plaintiff, | |
| vs. | PROPOSED ORDER |
| **COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

Attorneys' fees in the amount of $10,000.00 (ten thousand dollars) are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Ari Halpern's address: 62910 O.B. Riley Rd., Suite 100   Bend, OR  97703. In accordance with the fee assignment Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this  20th  day of   October        , 2021.

                                                                s/Michael J. McShane
                                                                Michael J. McShane
                                                                United States District Judge

ORDER  - Page 1

Submitted on October 19, 2021
by: s/ Ari D. Halpern
ARI D. HALPERN, ATTORNEY AT LAW — OSB # 045230
Voice: (541) 388-8410; Fax: (541) 323-2306
Of Attorneys for Plaintiff